IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARCO MOUTON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:16cv73-HSO-JCG |
| | § | |
| **MARSHALL FISHER,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [30] of United States Magistrate Judge John C. Gargiulo, entered in this case on January 4, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [30], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE